

**The following constitutes the order of the court.**
**Signed August 9, 2016**

*William Lafferty, III*

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|   |   |
|---|---|
| In re | No. 16-41980 |
|  | Chapter 13 |
| Taleah Danise Brown, | **Hearing** |
|  | **Date:** August 17, 2016 |
|  | **Time:** 9:30 a.m. |
| Debtor. | **Place**: Crtm 220 |
|  | 1300 Clay St. Oakland, CA 94612 |

### MEMORANDUM

On July 14, 2016, Debtor filed the Chapter 13 petition that commenced the above-captioned case. On July 18, 2016, Debtor filed the *Debtor's Certification of Cure of Monetary Default Underlying Judgment For Possession of Residential Property and Proof of Deposit* (doc. 9)(the "Certification"). The Court notes that the Certification is unintelligible and, more importantly, it does not appear that Debtor provided the Clerk of the Court with the rent that would become due during the 30-day period following the filing of the petition in accordance with 11 U.S.C. § 362(l)(1)(B).

On July 27, 2016, Creditor/Lessor Debra Reese filed the *Notice of Motion and Motion for Order Confirming That No Stay is in Effect* (doc. 18)(the "Stay Motion"). A hearing on the Stay Motion was set for August 17, 2016 at 9:30 a.m.

1

On August 3, 2016, Lessor filed the *Objection to Debtor's Certification and Cure of Monetary Default Underlying Judgment for Possession of Residential Property and Proof of Deposit* (doc. 24)(the "Objection"). The Objection points out several deficiencies with the Certification, including that Debtor did not deposit the rent that would be due with the Clerk of the Court. The Objection also requests a hearing on or before August 12, 2016, in accordance with 11 U.S.C. § 362(1)(3)(A).

In consideration of the overlapping issues presented by the Certification and the Stay Motion, the Court will address both matters at the hearing on August 17, 2016.

**\*END OF MEMORANDUM\***

Case: 16-41980    Doc# 28    Filed: 08/09/16    Entered: 08/09/16 13:33:21    Page 2 of 3

1
2
3                        <u>**COURT SERVICE LIST**</u>
4
5    **Taleah Danise Brown**
     1455 85th Ave.
6    Oakland, CA 94621
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28