

**The following constitutes the order of the court.
Signed September 7, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  | No. 16-41980 |
|---|---|
| In re | Chapter 13 |
| Taleah Danise Brown, | |
| Debtor. | |

## MEMORANDUM

On August 30, 2016, Debtor filed the *Ex Parte Request to Extend the Automatic Stay* (doc. 46) (the "Motion"). The Motion requests an extension of the stay, however the Court notes that, as of the date of the Motion, the estate was protected by the stay. However, due to the ongoing dispute between Debtor and Creditor Debra Reese, the Court believes that Debtor was requesting relief from the *Order Upholding Lessor's Objections to Debtor's Further Certification and Confirming that No Stay Is In Effect* (doc. 44) (the "Order"). Thus, the Motion is effectively a request to have the Court reconsider the Order.

The Court notes that the Motion was not properly noticed on interested parties, including Creditor Reese and/or her counsel of record. Thus, the Court will not respond to the merits of the Motion and will deny it for lack of adequate notice.

**\*END OF MEMORANDUM\***

# COURT SERVICE LIST

**Taleah Danise Brown**
1455 85th Ave.
Oakland, CA 94621

**Ronald W. Carter**
P.O. Box 32287
Oakland, CA 94604